IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-169-RGA |
| | ) |
| INTERACTIVE INTELLIGENCE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant Interactive Intelligence, Inc. has to move, answer, or otherwise plead in response to the Complaint filed in this action is extended to and including April 4, 2014.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Karen Jacobs |
| Brian E. Farnan (#4089) | Karen Jacobs (#2881) |
| Michael J. Farnan (#5165) | 1201 N. Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 777-0300 | (302) 658-9200 |
| bfarnan@farnanlaw.com | kjacobs@mnat.com |
| mfarnan@farnanlaw.com | *Attorneys for Interactive Intelligence, Inc.* |
| *Attorneys for Pragmatus Telecomm, LLC* | |

February 18, 2014

SO ORDERED this _____ day of February, 2014.

_____
                J.

8007191