**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>GENESYS TELECOMMUNICATIONS LABORATORIES, INC.,<br><br>        Defendant. | Civil Action No. 14-cv-26-RGA<br><br>JURY TRIAL DEMANDED |
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>TOUCHCOMMERCE, INC.,<br><br>        Defendant. | Civil Action No. 14-cv-56-RGA<br><br>JURY TRIAL DEMANDED |
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AIPHONE CORPORATION,<br><br>        Defendant. | Civil Action No. 14-cv-162-RGA<br><br>JURY TRIAL DEMANDED |
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>RHEEM MANUFACTURING COMPANY,<br><br>        Defendant. | Civil Action No. 14-cv-163-RGA<br><br>JURY TRIAL DEMANDED |
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>VIZIO, INC., | Civil Action No. 14-cv-164-RGA<br><br>JURY TRIAL DEMANDED |

|  |  |
|---|---|
| Defendant. |  |
| PRAGMATUS TELECOM, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>INTEACTIVE INTELLIGENCE, INC.,<br><br>           Defendant. | Civil Action No. 14-cv-169-RGA<br><br>JURY TRIAL DEMANDED |
| PRAGMATUS TELECOM, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>KANA SOFTWARE, INC.,<br><br>           Defendant. | Civil Action No. 14-cv-170-RGA<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Margaret Elizabeth Day, Clayton Thompson, and Marc C. Belloli of Feinberg Day Alberti & Thompson LLP to represent Plaintiff Pragmatus Telecom, LLC in this matter.

| | |
|---|---|
| Date: March 5, 2014 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>302-777-0300<br>302-777-0301<br>bfarnan@farnanlaw.com<br><br>*Attorney for Pragmatus Telecom, LLC* |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid \_\_\_\_ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted \_\_X\_\_ to the Clerk's Office upon the filing of this motion.

_____
Margaret Elizabeth Day
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
eday@feinday.com

Date: 3.3.2014

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, Virginia and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Clayton Thompson
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
cthompson@feinday.com

Date: 3/3/14


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Marc C. Belloli
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
mbelloli@feinday.com

Date: 3/5/14