IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-169-RGA |
| | ) |
| INTERACTIVE INTELLIGENCE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which defendant Interactive Intelligence, Inc. has to move, answer, or otherwise plead in response to the Complaint filed in this action is extended to and including April 18, 2014.

FARNAN LLP                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Farnan                                     /s/ Karen Jacobs

Brian E. Farnan (#4089)                                   Karen Jacobs (#2881)
Michael J. Farnan (#5165)                                 1201 N. Market Street
919 North Market Street, 12th Floor                       P.O. Box 1347
Wilmington, DE  19801                                     Wilmington, DE  19899-1347
(302) 777-0300                                            (302) 658-9200
bfarnan@farnanlaw.com                                     kjacobs@mnat.com
mfarnan@farnanlaw.com                                       *Attorneys for Interactive Intelligence, Inc.*
  *Attorneys for Pragmatus Telecomm, LLC*

April 1, 2014

SO ORDERED this _____ day of April, 2014.

_____
              J.

8135107