IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRAGMATUS TELECOM, LLC,      )
                             )
           Plaintiff,        )
                             )
     v.                      )      C.A. No. 14-169 (RGA)
                             )
INTERACTIVE INTELLIGENCE, INC. )
                             )
           Defendant.        )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Interactive Intelligence, Inc. ("Interactive") hereby gives notice that it is wholly owned by Interactive Intelligence Group, Inc., a public company, and no other entity owns 10% or more of Interactive's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
michael.flynn@mnat.com
   *Attorneys for Defendant*
   *Interactive Intelligence, Inc.*

OF COUNSEL:

R. Trevor Carter
Matthew C. Ennis
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN  46204
(317) 237-1352

April 18, 2014
8181520

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 18, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to all registered participants:

I also certify that copies were caused to be served on April 18, 2014, upon the following in the manner indicated:

Brian E. Farnan                                                 *BY ELECTRONIC MAIL*
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801

Margaret Elizabeth Day                                          *BY ELECTRONIC MAIL*
Ian N. Feinberg
David L. Alberti
Clayton Thompson
Marc C. Belloli
Sal Lim
Yakov Zolotorev
FEINBERG DAY ALBERTI
& THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025


/s/ Karen Jacobs
Karen Jacobs (#2881)