IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 14-169 (RGA) |
| | ) |
| INTERACTIVE INTELLIGENCE, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Trevor Carter, Daniel M. Lechleiter and Matthew Ennis of FAEGRE BAKER DANIELS LLP, 300 North Meridian Street, Suite 2700, Indianapolis, IN 46204 to represent defendant Interactive Intelligence, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
  *Attorneys for Defendant
  Interactive Intelligence, Inc.*

April 29, 2014

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Trevor Carter, Daniel M. Lechleiter and Matthew Ennis is granted.

Dated: _____    _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Indiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Date: 4/28/14

Trevor Carter
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN  46204
Trevor.Carter@FaegreBD.com

US.54066954.01

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Indiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Date: 4/28/14

Daniel M. Lechleiter
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Daniel.Lechleiter@FaegreBD.com

US.54066954.01

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid \_\_\_\_ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  **X**  to the Clerk's Office upon the filing of this motion.

Date: 4/29/14

Matthew Ennis
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN  46204
Matthew.Ennis@FaegreBD.com

US.54066954.01

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to all registered participants:

I also certify that copies were caused to be served on April 29, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801 | *BY ELECTRONIC MAIL* |
| Margaret Elizabeth Day<br>Ian N. Feinberg<br>David L. Alberti<br>Clayton Thompson<br>Marc C. Belloli<br>Sal Lim<br>Yakov Zolotorev<br>FEINBERG DAY ALBERTI &<br> THOMPSON LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA  94025 | *BY ELECTRONIC MAIL* |

                                                */s/ Karen Jacobs*
                                                Karen Jacobs (#2881)