# FARNAN LLP

September 22, 2014

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

      **Re:**    **Pragmatus Telecom, LLC v. Genesys Telecommunications Laboratories, Inc.,**
             **C.A. No. 14-cv-26-RGA**
             **Pragmatus Telecom, LLC v. TouchCommerce, Inc.,**
             **C.A. No. 14-cv-56-RGA**
             **Pragmatus Telecom, LLC v. Interactive Intelligence Inc.,**
             **C.A. No. 14-cv-169-RGA**
             **Pragmatus Telecom, LLC v. Aspect Software Inc.,**
             **C.A. No. 14-cv-359-RGA**
             **Pragmatus Telecom, LLC v. inContact, Inc.,**
             **C.A. No. 14-cv-360-RGA**
             **Pragmatus Telecom, LLC v. LiveOps, Inc.,**
             **C.A. No. 14-cv-361-RGA**

Dear Judge Andrews:

      Enclosed please find the parties' proposed Scheduling Order for the above cases. The parties were unable to reach agreement on paragraphs 3(f)(i), 8, 9, and 10.

      We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Michael J. Farnan

                              Michael J. Farnan

cc: Counsel of Record (via E-Filing)