IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 14-169 (RGA) |
| INTERACTIVE INTELLIGENCE, INC. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE**

Pursuant to Local Rule 83.7, counsel notifies the Court of the withdrawal of Matthew C. Ennis's appearance *pro hac vice* in this matter on behalf of Interactive Intelligence, Inc. In support of this request, the undersigned represents to the Court that Mr. Ennis is no longer with the firm of Faegre Baker Daniels LLP. Interactive Intelligence will continue to be represented in this matter by Karen Jacobs and Michael Flynn of Morris, Nichols, Arsht, & Tunnell LLP and by Trevor Carter and Daniel Lechleiter of Faegre Baker Daniels, LLP, who are admitted to practice *pro hac vice*.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*
*Interactive Intelligence, Inc.*

OF COUNSEL:

Trevor Carter
Daniel M. Lechleiter
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300

September 25, 2014

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 25, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to all registered participants:

I also certify that copies were caused to be served on September 25, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 | *BY ELECTRONIC MAIL* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025 | *BY ELECTRONIC MAIL* |

                                                              */s/ Michael J. Flynn*
                                                               Michael J. Flynn (#5333)