# FARNAN LLP

September 26, 2014

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

      Re:    **Pragmatus Telecom, LLC v. Genesys Telecommunications Laboratories, Inc.,**
                  **C.A. No. 14-cv-26-RGA**
                  **Pragmatus Telecom, LLC v. TouchCommerce, Inc.,**
                  **C.A. No. 14-cv-56-RGA**
                  **Pragmatus Telecom, LLC v. Interactive Intelligence Inc.,**
                  **C.A. No. 14-cv-169-RGA**
                  **Pragmatus Telecom, LLC v. Aspect Software Inc.,**
                  **C.A. No. 14-cv-359-RGA**
                  **Pragmatus Telecom, LLC v. inContact, Inc.,**
                  **C.A. No. 14-cv-360-RGA**
                  **Pragmatus Telecom, LLC v. LiveOps, Inc.,**
                  **C.A. No. 14-cv-361-RGA**

Dear Judge Andrews:

      Enclosed please find the parties' proposed Scheduling Order incorporating Your Honor's rulings from the September 24, 2014 scheduling conference.

      We are available at the Court's convenience should Your Honor have any questions.

                                        Respectfully submitted,

                                        /s/ Michael J. Farnan

                                        Michael J. Farnan

cc: Counsel of Record (via E-Filing)