IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-169 (RGA) |
| | ) |
| INTERACTIVE INTELLIGENCE, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER
STAYING ALL DEADLINES PENDING DISMISSAL**

WHEREAS Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendant Interactive Intelligence, Inc. ("Interactive") have reached agreement in principle to resolve this litigation;

IT IS THEREFORE STIPULATED AND AGREED by counsel for Pragmatus and Interactive, subject to the Court's approval, that the case be stayed for thirty days and Interactive's attendance at the December 2, 2015 oral argument be excused pending final resolution of this matter and the filing of a dismissal in this action.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Michael Flynn* |
| Brian E. Farnan (#4089) | Karen Jacobs (#2881) |
| Michael J. Farnan (#5165) | Michael Flynn (#5333) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899-1347 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | kjacobs@mnat.com |
| | mflynn@mnat.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED**, this _____ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE