IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-169 (RGA) |
| | ) |
| INTERACTIVE INTELLIGENCE, INC., | ) **Filed in 14-26 (RGA)** |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus Telecom, LLC and Defendant Interactive Intelligence, Inc. hereby stipulate and agree to the dismissal of this action with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: February 29, 2016

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael Flynn*

Karen Jacobs (#2881)
Michael Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

**IT IS SO ORDERED**, this _____ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE