IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-169 (RGA) |
| | ) | |
| INTERACTIVE INTELLIGENCE, INC., | ) | **Filed in 14-26 (RGA)** |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus Telecom, LLC and Defendant

Interactive Intelligence, Inc. hereby stipulate and agree to the dismissal of this action with

prejudice. Each party will bear its own costs and attorneys' fees.

Dated: February 29, 2016                    Respectfully submitted,

FARNAN LLP                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian E. Farnan                         /s/ Michael Flynn

_____            _____
Brian E. Farnan (#4089)                     Karen Jacobs (#2881)
Michael J. Farnan (#5165)                   Michael Flynn (#5333)
919 North Market Street, 12th Floor         1201 North Market Street
Wilmington, DE  19801                       P.O. Box 1347
(302) 777-0300                              Wilmington, DE  19899-1347
bfarnan@farnanlaw.com                       (302) 658-9200
mfarnan@farnanlaw.com                       kjacobs@mnat.com
                                            mflynn@mnat.com

*Attorneys for Plaintiff*

                                            *Attorneys for Defendant*

**IT IS SO ORDERED**, this _____ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE